# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT HUSSEY, Individually, | 2:23-cv 01295-JCM-NJK |
| Plaintiff, | |
| vs. | |
| CITY OF LAS VEGAS, a Nevada municipality, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | |
| Defendants. | |

### STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER
### (Submitted in Compliance with LR-26-1(b))

The Plaintiff, ROBERT HUSSEY, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant, CITY OF LAS VEGAS, by and through its undersigned counsel, NECHOLE M. GARCIA, Deputy City Attorney, hereby submit this Stipulated Discovery Plan and Scheduling Order.

**DESCRIPTION OF ACTION:** This is a federal discrimination matter related to Plaintiff's employment with the Defendant. The Defendant denies all claims for relief.

**PROPOSED DISCOVERY PLAN:**

1. The parties conducted a Fed. R.Civ. P. 26(f) conference on November 21, 2023. Pursuant to the Fed. R. Civ. P. 26(a)(1)( c), the parties agree that they will submit their initial disclosures on or before December 5, 2023.

2. Estimated time required for discovery: Discovery will take 180 days from the filing of the Defendant's first appearance in the matter on October 25, 2023.  The discovery deadline shall be April 22, 2024.

3.  Amendment of Pleadings and Addition of Parties: Unless otherwise ordered by the Court, the date for filing motions to amend the pleadings or to add parties shall not be later than 90 days prior to the discovery cut-off date, which in this matter is not later than January 23, 2024.

4.  The disclosure of experts and expert reports shall occur on or before February 22, 2024, which is 60 days before the discovery cut-off date; and the disclosure of rebuttal experts and their reports shall occur on or before March 25, 2024, which is 30 days after the expert disclosure deadline.

5.  The parties shall have until May 22, 2024, to file dispositive motions.

6.  The pretrial order shall be filed by June 20, 2024, which is not more than thirty (30) days after the date set for filing dispositive motions in the case.  This deadline is suspended if dispositive motions are timely filed and, in such case, the deadline for filing the pretrial order shall be thirty (30) days after decision on said dispositive motions, or by further order of the court.  Fed. R. Civil P. 26(a)(3) Disclosures: The disclosures required by Fed. R. Civ. P Rule 26 (a)(3), and any objections thereto, shall be included in the pretrial order.

7.  Stipulations regarding limitations or conditions or additional discovery:

a.  Parties shall engage in all permissible discovery as allowed under FRCP and local rules.

8.  Electronic Evidence: The parties certify that they discussed whether they intend to present evidence in electronic format to jurors for the purposes of jury deliberations. The parties agree to produce electronically-stored evidence in either paper or .pdf format. Should a party believe an alternate format is needed, counsel shall engage in personal discussions to attempt to agree on an alternate format to meet the party's concerns.

9. Extensions of Modifications of the Discovery Plan and Scheduling Order: Applications or motions to extend the discovery plan dates shall comply with the requirements of  LR 26-3 and shall be filed not later than 21 days prior to the particular deadline sought to be extended.  The motion or stipulation shall include:

    a.  A statement specifying the discovery completed to date;

   b. A specific description of the discovery which remains to be completed;

   c. The reasons why remaining discovery was not completed within the time limits of the existing discovery deadline; and

   d. A proposed schedule for the completion of remaining discovery.

10. Settlement: The undersigned attorneys affirm that they have discussed possible settlement of this action as well as the use of extrajudicial procedures or alternative methods of dispute resolution to resolve this case.

11. Alternate Forms of Case Disposition: The parties have considered consenting to trial by a magistrate judge under 28 U.S.C. Section 636(c) and Fed.R.Civ.P. 73 and the use of the Short Trial Program (General Order 2013-01).

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
(702) 385-5534
Attorney for Plaintiff

/s/ Nechole M. Garcia
NECHOLE M. GARCIA
Deputy City Attorney
Nevada Bar No: 12746
City Attorney's Office
495 S. Main St., 6th Fl.
Las Vegas, NV 89101
(702) 229-6629
Attorney for Defendant

Dated: 11/30/23

Dated: 11/30/23

## ORDER

IT IS SO ORDERED.

Dated this 1st day of December, 2023.

_____
UNITED STATES MAGISTRATE JUDGE